UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No.: 19-cr-20503

v.                                           Judge Mark A. Goldsmith

NHK SPRING CO., LTD.,

    Defendant,

_____/

## STIPULATION AND ORDER

**WHEREAS** on September 23, 2019, this Court ordered the United States of America and Defendant NHK Spring Co., Ltd. ("NHK Spring," and together "the Parties") to file sentencing memoranda under seal while simultaneously requiring the Parties to file redacted copies publicly (*see* ECF Nos. 17–20);

**WHEREAS** the Parties complied with that order and filed the requested documents (ECF Nos. 21 & 22);

**WHEREAS** this matter was closed effective December 23, 2019;

**WHEREAS** Plaintiffs in a related civil antitrust multi-district litigation matter in the Northern District of California (Docket No. 19-md-02918, hereinafter "the MDL"), have served NHK Spring with a discovery request for unredacted versions of the sealed sentencing memoranda;

**WHEREAS** a customary protective order has been entered in the MDL that allows documents to be produced by NHK Spring to other parties in discovery under confidentiality designations limiting further disclosure or use outside of that litigation  (Docket No. 19-md-02918, ECF No. 136);

2137700.v1

**IT IS HEREBY STIPULATED** by the parties that, subject to approval of this Court, the unredacted versions of the sentencing memoranda, ECF Nos. 21 & 22, may be disclosed by NHK Spring for the limited and sole purpose of production to the parties in the MDL pursuant to the protective order in that case.

**SO ORDERED**

Dated:  April 20, 2021  
        Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**SO STIPULATED:**

/s/   Christina Brown  
**Christina Brown**  
Washington Criminal II Section, Antitrust Division  
U.S. Department of Justice  
Liberty Square Building, Rm 11714  
450 5th Street NW  
Washington, DC 20530  
202-598-8839  
christina.brown@usdoj.gov  
Attorney for Government

/s/ Peter P. Tomczak  
**Peter P. Tomczak**  
**Baker & McKenzie LLP**  
300 East Randolph Street, Suite 5000  
Chicago, Illinois 60601, USA  
312 861 8030  
Peter.Tomczak@bakermckenzie.com  
Attorneys for Defendant

and

George B. Donnini  
Butzel Long  
150 W. Jefferson, Suite 100  
Detroit, MI 48226-4430  
313-225-7000  
Email: donnini@butzel.com